## JACKSON COUNTY *v.* NEVILLE.

\    [86 South. 353, No. 21292.]

INJUNCTION. *Constitutionality of law under which Governor appointed auditor not be raised by injunction.*

> Where the Governor appointed an auditor under Code 1906, section 2388, and Laws 1914, chapter 241, to audit the books of county officers. an injunction should not issue .to restrain the auditor from presenting an account for his services and to restrain the circuit judge from approving the auditor's account for services in such auditing before the completion of the audit; the proper remedy being for the board to raise the question when the account is presented for allowance, when the sufficiency of the petition and the constitutionality of the law may be raised and passed on.

APPEAL from chancery court of Harrison county. HON. W. M. DENNY, JR., Chancellor.

Suit by Jackson County against J. H. Neville. Decree for defendant, and plaintiff appeals. Affirmed.

*Denny & Heidelberg* and *Robt. L. Bullard,* for appellant.

*V. A. Griffith* and *W. L. Wallace,* for appellee.

HOLDEN, J., delivered the opinion of the court.

This suit involves the question of the premature issuance of an injunction against the approval and presentation of a claim for auditing the books of the county by an auditor appointed for that purpose by the Governor. The case comes clearly within the rule announced in *Neville* v. *Adams County,* 86 So. 261, and is controlled by it.

*Affirmed.*